JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. RUFF,              ) | NO. EDCV 04-1330-MMM (MAN) |
|     Petitioner,     ) | |
|     v.               ) | JUDGMENT |
| JAMES HALL, WARDEN,         ) | |
|     Respondent.    ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 30, 2013 .

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE